UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Juelithia G. Zellars,<br>1708 Dennis Court<br>Forestville, Maryland 20747<br><br>          Plaintiff,<br><br>     v.<br><br>Ms. Terrie Warren,<br>11th Civil Engineer Square<br>Deputy Base Civil Engineer<br>370 Brookley Avenue<br>Bolling, AFB, 20032<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant, Teresa Warren, a civilian employee of the United States Air Force, by her undersigned attorney, hereby files this Notice of Removal pursuant to 28 U.S.C. § 1446. In support of that motion, the Defendant states as follows:

1.   Teresa Warren, a civilian employee of the United States Air Force, is the defendant in a civil action now pending in the Superior Court of the District of Columbia, Civil Action No. 06003713 entitled Zellars v. Warren.

2.   The above entitled action was filed on May 13, 2006. Defendant Warren was served on May 31, 2006. Proper service of a summons and complaint on the United States has not yet been effected. A copy of the complaint and other court filings

received by the United States Attorney is attached as Exhibit A.

3. The allegations in this suit are identical to those raised in Superior Court C.A. 05000536. That case was removed to Federal District Court on August 22, 2005 and assigned as C.A. 1:05-cv-01670-RBW. Based on a certification that Ms. Warren was acting within the scope of her employment as an employee of the United States at the time of the alleged incident, the United States was substituted for Ms. Warren as the defendant. In a Memorandum Opinion and Order dated April 20, 2006, the Honorable Reggie B. Walton dismissed Plaintiff's claim for lack of Subject Matter Jurisdiction finding that Plaintiff's claims fell within the exclusive remedy provision of the Federal Employees' Compensation Act ("FECA"), 5 U.S.C. §§ 8101 et seq. (2000). Plaintiff makes the same allegations in the current suit and further alleges that Ms. Warren violated the D.C. Superior Court's August 23, 2005 Temporary Restraining Order. This order, however, was vacated by the Honorable Reggie B. Walton in an order dated August 31, 2005. The order vacating the Superior Court order and dismissing the suit are attached as Exhibit B.

4. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), 1446 and 2679(d)(2). Plaintiff alleges that the Defendant, her supervisor at Bolling Air Force Base, raised her voice, pointed her finger and rushed at her as to indicate Defendant would hurt the Plaintiff. Plaintiff alleges

2

the incident occurred during a meeting to discuss Plaintiff's request for work place benefits. Accordingly, Rudolph Contreras, Civil Division Chief, for the United States Attorney's Office for the District of Columbia, pursuant to his delegated authority, has certified pursuant to 28 U.S.C. § 2679(d)(2) that Teresa Warren was acting within the scope of her office or employment at the time of the alleged incidents. Pursuant to 28 U.S.C. § 2679(d)(2), the United States should now be substituted for Teresa Warren in this action.

Wherefore, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), 1446 and 2679(d)(2).

Respectfully submitted,


KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


RUDOLPH CONTRERAS D.C. Bar No.  434122
Assistant United States Attorney


KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530
(202) 353-9895

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Juelithia G. Zellars,<br>1708 Dennis Court<br>Forestville, Maryland 20747 | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No.<br>) |
| v. | )<br>) |
| Ms. Terrie Warren,<br>11th Civil Engineer Square<br>Deputy Base Civil Engineer<br>370 Brookley Avenue<br>Bolling, AFB, 20032 | )<br>)<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

## CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and redelegated to me on March 20, 2006, hereby certify that I have read the complaint in <u>Zellars v. Warren</u>. On the basis of the information now available to me with respect to the incidents alleged therein, I find that Defendant Teresa Warren was acting within the scope of her employment as an employee of the United States at the time of the alleged incidents.

June 1, 2006

_____
RUDOLPH CONTRERAS D.C. Bar No.  434122
Assistant United States Attorney
Chief, Civil Division

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

|  |  |
|---|---|
| Juelithia G. Zellars,<br>1708 Dennis Court<br>Forestville, Maryland 20747 | )<br>)<br>)<br>)<br>) |
|  |  )  |
| Plaintiff, | ) Civil Action No. 06003713 |
|  | ) |
| v. | )<br>) |
|  | ) |
| Ms. Terrie Warren,<br>11th Civil Engineer Square<br>Deputy Base Civil Engineer<br>370 Brookley Avenue<br>Bolling, AFB, 20032 | )<br>)<br>)<br>)<br>)<br>) |
|  | ) |
| Defendant. | ) |

## NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION

TO:    Juelithia G. Zellers,
       1708 Dennis Court
       Forestville, Maryland 20747

       Plaintiff <u>pro se</u>

PLEASE TAKE NOTE that on June 2, 2006, the Federal Defendant in this action filed with the Clerk of the United States District Court for the District of Columbia a notice of removal in the above captioned civil action. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

1

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

2

## Certificate of Service

I certify I caused a copy of the foregoing Notice of Removal to be served by first class mail upon *pro se* plaintiffs at:

    Juelithia G. Zellars,
    1708 Dennis Court
    Forestville, Maryland 20747

on this 2nd of June 2006.

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530
(202) 353-9895