UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUELITHIA G. ZELLERS,<br><br>        Plaintiff,<br><br>    v.<br><br>TERRIE WARREN,<br><br>        Defendant. | )<br>)<br>)<br>)   Civil Action No. 06-1024 (RBW)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The plaintiff, proceeding pro se, initiated this action in the Superior Court for the District of Columbia against defendant Terrie Warren, alleging assault.  Complaint ("Compl.") at 1.  Pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), 1446, and 2679(d)(2) and 28 C.F.R. § 15.4, and based on a certification that Ms. Warren was acting within the scope of her employment as an employee of the United States at the time of the alleged incident, the United States was substituted for Ms. Warren as the defendant after this action was removed to this Court.  Notice of Removal of a Civil Action ("Notice of Removal") at 1-2.  This action appears identical to an earlier action, which this Court has dismissed.  See Zellers v. Warren, No. 05-1670, (D.D.C. Apr. 20, 2006).  Accordingly, it is hereby this 13th day of June, 2006,

**ORDERED** that the plaintiff shall show cause by June 28, 2006, why this case should not be dismissed for the reasons set forth in this Court's earlier Memorandum Opinion and under the doctrine of res judicata.  Failure to respond to this order will result in this case being dismissed.

**SO ORDERED**.

REGGIE B. WALTON
United States District Court Judge