UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JUELITHIA G. ZELLERS,            )
                                 )
    Plaintiff,                   )
  v.                             )   Civil Action No. 06-1024 (RBW)
                                 )
TERRIE WARREN,                   )
                                 )
    Defendant.                   )
_____)

       The plaintiff, proceeding pro se, initiated this action in the Superior Court for the District of Columbia against defendant Terrie Warren, alleging assault. Complaint ("Compl.") at 1. Pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), 1446, and 2679(d)(2) and 28 C.F.R. § 15.4, and based on a certification that Ms. Warren was acting within the scope of her employment as an employee of the United States at the time of the alleged incident, the United States was substituted for Ms. Warren as the defendant after this action was removed to this Court. Notice of Removal of a Civil Action ("Notice of Removal") at 1-2. Because this action appeared identical to an earlier action, which this Court has dismissed, see Zellers v. Warren, No. 05-1670, (D.D.C. Apr. 20, 2006), this Court issued an order directing the plaintiff to show cause why her complaint in this case should not be dismissed on the grounds that it has been previously litigated. June 13, 2006 Order. That same Order stated that the failure to respond will result in this case being dismissed.

       The plaintiff has failed to provide an explanation why she has refiled a complaint that the Court has previously dismissed. To the extent that the plaintiff is seeking to revisit the merits of her previously rejected allegations, the complaint is barred by res judicata and must be dismissed. See Apotex, Inc. v. FDA, 393 F.3d 210, 217 (D.C. Cir. 2004) ("[T]he doctrine of res judicata

holds that a judgment on the merits in a prior suit bars a second suit involving identical parties . . . based on the same cause of action."). Accordingly, it is hereby this 30th day of June, 2006,

**ORDERED** that the plaintiff's complaint is **DISMISSED**.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge