## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juelithia G. Zellars )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Ms.Teresa (Terrie) Warren, )<br>)<br>Defendant ) | Civil Action No. 06 1024 (RBW) |

### ORDER

Upon consideration of Plaintiff's Motion to Remand this case to the Superior Court order issued and the entire record or in part of this case, it is hereby

ORDERED that Plaintiff's Motion for Remand to the Superior Court Order is GRANTED.

Dated this _____ day of _____,

_____
REGGIE B. WALTON
United States District Judge

