UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Leave to file is granted.*
*J. Walton*
*7/7/06*

| | |
|---|---|
| Juelithia G. Zellars<br>1708 Dennis Court<br>Forestville, Maryland  20747<br><br>           Plaintiff,<br><br>      v.<br><br>Ms.Teresa (Terrie) Warren,<br>Headquarters<br>20 MacDill Boulevard, Bldg. 20<br>Bolling, AFB, Wash DC 20032<br><br>           Defendant | )<br>)<br>)<br>)<br>) Civil Action No. 06 1024 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) June 29, 2006<br>)<br>) |

**Plaintiff Motion to Back Date Pleading** *(Attached)*

Plaintiff was informed by Ms. Higgins, an employee of the U.S. District Court for the District of Columbia on June 28, 2006, that the Court would be open 24 hours to file court documents through the drop box. Plaintiff arrived at the U.S. District Court for the District of Columbia on June 28, 2006, at 11:30 p.m. at the John Marshall entrance with your daughter Donna Zellars. At that particular court entrance and surrounding area was very dark. The Plaintiff and her daughter tried the entrance doors and the doors were locked, the lights were dim inside the building. The Plaintiff and her daughter engaged in walking to Constitution Ave., where there was another entrance to the Court, that entrance was closed as well, and dark. At this point, it appeared that the entire District Court was closed for the night. The Plaintiff began to believe she was misinformed.

On June 29, 2006, approx. 9:00 a.m., the Plaintiff alone visited the Court to make another attempt to have her Motion to Remand Civil Action filed. The Plaintiff met with Ms. Higgins, an employee to relive the mishap of why the Court was not open? It was explained to the Plaintiff that in fact the Court was open, but on the opposite side of the building/block, C Street, which was not

RECEIVED
JUN 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

told to the Plaintiff in advance, and is some distance away from John Marshall entrance, and unfamiliar to the Plaintiff. It was also stated that there was a notice on the door of John Marshall instructing customers to enter into the Court building on C Street. Due to the John Marshall entrance was very dark, last night and the surrounding area, the Plaintiff and her daughter could not tell that a notice was in placed. The Plaintiff could not file the Motion to Remand earlier that day because both of her feet had swollen. Ms. Higgins was very helpful to the Plaintiff, but with these unforeseen circumstances the Plaintiff could not file her Motion to Remand Civil Action on June 28, 2006. Civil Action No. 06 1024 (RBW) filed on June 29, '06.

Honorable Judge Walton, please honor this Back Date Pleading, so that the Motion to Remand Civil Action, shall be considered to determine the outcome of said Civil Action Case.

*[signature]*
JUELITHIA G. ZELLARS
1708 Dennis Court
Forestville, Maryland  20747
(301) 323-1107

2

## Certificate of Service

I certify I sent a copy of the foregoing Back Date Pleading to be served by first class mail to the following person(s) on this 29 June 2006 at:

Kevin K. Robitaille
Special Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-9895

JUELITHIA G. ZELLARS
1708 Dennis Court
Forestville, Maryland 20747
(301) 324-1107