UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juelithia G. Zellars,<br><br>Plaintiff,<br><br>v.<br><br>Ms. Teresa (Terrie) Warren,<br><br>Defendant | ) ) ) ) ) Civil Action No. 06 1024 (RBW) ) ) ) ) ) |

ORDER

Upon consideration of Plaintiff's Back Date Pleading to File Remand Civil Action, it is hereby

ORDERED that Plaintiff's Motion is GRANTED.

Dated this _____ day of _____,

_____
REGGIE B. WALTON
United States District Judge