UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JUELITHIA G. ZELLARS,** | ) |
|  | ) |
| Plaintiff, | ) Civil Action No. 06-1024 (RBW) |
|  | ) |
| v. | ) |
|  | ) |
| **MS. TERRIE WARREN,** | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

The Clerk of the Court will please enter the appearance of Steven M. Ranieri, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case, and withdraw the appearance of Special Assistant United States Attorney Kevin K. Robitaille.

Respectfully submitted,

_____/s/_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

## **CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of _____, 2007 a copy of the foregoing has been served by First-Class mail; postage prepaid to:

JUELITHIA G. ZELLARS
1708 Dennis Court
Forestville, MD 20747

_____/s_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780