UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JUELITHIA G. ZELLARS,            )
                                 )
    Plaintiff,                   )
v.                               )    Civil Action No. 06-1024 (RBW)
                                 )
TERRIE WARREN,                   )
                                 )
    Defendant.                   )
_____)

### ORDER

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby

**ORDERED** that the plaintiff's motion to remand is **DENIED**.  It is further

**ORDERED** that the plaintiff's present action against the defendant is dismissed.

**SO ORDERED** on this 30th day of March, 2007.

/s/_____
REGGIE B. WALTON
United States District Court Judge